UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICK C. BIGSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:16-cv-00288-TWP-MPB |
| | ) |
| DAVOL INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT DAVOL, INC.'S MOTION TO STRIKE THE SUBMISSION OF PLAINTIFF'S PROPOSED SUMMONSES [Dkt. 32]**

The Court, having reviewed Defendant's Motion to Strike the Submission of Plaintiff's Proposed Summonses [Dkt. 32], finds that the Motion should be granted as Plaintiff's submission of proposed summonses is premature. The Submission of Plaintiff's Proposed Summonses filed on June 13, 2016 (Filing No. 32) is hereby **STRICKEN** from the record.

**SO ORDERED.**

Date: 12/20/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Christopher S. Stake
DELANEY & DELANEY LLC
cstake@delaneylaw.net

Nick C. Bigsby
915268
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064